UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,              CASE NO. 19-20276

v.                                   HON. ARTHUR J. TARNOW

KENDRICK ALLEN GILLS,

        Defendants.
_____/

## EX-PARTE MOTION TO SEAL

Defendant Kendrick Allen Gills, through his attorney, Andrew Densemo of the Federal Community Defender Office, respectfully requests that this Court order that Exhibit 4 of the Supplement to Defendant's Motion for Compassionate Release thereto be sealed to preserve Mr. Gills' privacy, as the exhibit contains sensitive and personal medical information and records.

                                Respectfully submitted,

                                **FEDERAL COMMUNITY DEFENDER**
                                **EASTERN DISTRICT OF MICHIGAN**

                                s/Andrew Densemo
                                ANDREW DENSEMO (P37583)
                                Attorney for Defendant
                                613 Abbott Street, Suite 500
                                Detroit, Michigan 48226
                                (313) 967-5829
                                E-mail:  andrew_densemo@fd.org

Dated:  February 4, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO. 19-20276

v.        HON. ARTHUR J. TARNOW

KENDRICK ALLEN GILLS,

        Defendants.

_____/

## ORDER TO SEAL

Defendant having moved to seal Exhibit 4 of the Supplement to Defendant's Motion for Compassionate Release and the Court having been duly advised in the premises and supporting authority;

IT IS HEREBY FURTHER ORDERED that Exhibit 4 of the Supplement to Defendant's Motion for Compassionate Release thereto shall be filed by the Clerk under seal.

        **s/Arthur J. Tarnow**
        HONORABLE ARTHUR J. TARNOW
        UNITED STATES DISTRICT JUDGE

Dated: February 4, 2021